JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| James Rutherford, | Case No. 5:20-cv-01095-AB-SP |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| OEI Incorporated, | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 27, 2020    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.